**Andre J. HOWARD; Nellie Ann Howard, Plaintiffs–Appellants,**

v.

**RANDALL'S MANAGEMENT, Defendant–Appellee.**

No. 04–20039.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

. Decided Oct. 27, 2004.

Andre J. Howard, Houston, TX, pro se.

Nellie Ann Howard, Houston, TX, pro se.

Casey Jon Lambright, Lambright & Associates, Houston, TX, for Defendant–Appellee.

Before DAVIS, SMITH AND DENNIS, Circuit Judges.

PER CURIAM: *

Andre J. Howard and Nellie Ann Howard have filed a motion seeking leave to proceed *in forma pauperis* ("IFP") on appeal. By moving for IFP, the Howards are challenging the district court's determination that IFP should not be granted on appeal because their appeal from the district court's dismissal of their housing-discrimination complaint was not taken in good faith. *See Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir.1997). Our review of the record and pleadings indicates that the district court properly dismissed their complaint for failure to state a claim upon which relief may be granted.

The instant appeal lacks arguable merit. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Accordingly, the instant motion for leave to proceed IFP on appeal is DENIED, and this appeal is DISMISSED AS FRIVOLOUS. *See Baugh,* 117 F.3d at 202 n. 24; 5th Cir. R. 42.2. All other outstanding motions are DENIED.

IFP MOTION DENIED; ALL OUTSTANDING MOTIONS DENIED; APPEAL DISMISSED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.